[No. 10363-6-I.  Division One.  July 16, 1984.]

FRANCIS L. CHAUSSEE, *Appellant,* v. SNOHOMISH
COUNTY COUNCIL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80-2-03482-9, Dennis J. Britt, J.,
entered May 6, 1981. *Affirmed* by unpublished opinion per

Callow, J., concurred in by Williams and Andersen, JJ. Now published at 38 Wn. App. 630.